ORIGINAL

FILED
JUN 1 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name PACE ALFRED
(Last) (First) (Initial)

Prisoner Number V-15874

Institutional Address 1MAIN ST.SAN QUENTIN CAL,94964.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALFRED PACE
(Enter the full name of plaintiff in this action.)

vs.

LUTAN=CORRECTIONAL OFFICER:
K.LUTRELL=LIEUTANT:
M.MARTELL=(WARDEN):
D.FOSTON=(CHEIF OF APPEALS):
(Enter the full name of the defendant(s) in this action)

(PR)

Case No. CV 13 2761
(To be provided by the Clerk of Court)

NJV

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement ______

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal LOG#11-01081=INSTITUTION/PAROLE/REGION-(CATEGORY(5)SAN QUENTIN STATE PRISON: APPEALS COORDINATOR=A.KEMP(OR)T.BOERUM.

2. First formal level #CSQ-5-11-01081=(FIRST-LEVEL): RESULTS=(DENIED)AUGUST,11,2011. HEARING OFFICER="LIEUTANT K.LUTTRELL:

3. Second formal level #CSQ-5-11-01081=(SECOND-LEVEL): RESULT=(DENIED)NOVEMBER 16,2011. HEARING OFFICER=(WARDEN)M.MARTELL.

4. Third formal level #CSQ-5-11-01081=(THIRD-LEVEL): RESULTS=(DENIED)JANRUARY 6,2012. "CHEIF OFFICE OF APPEALS"=D.FOSTON.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (x) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. THIS CLAIM (WAS)PRESENTED(AND)DENIED AT THE VERY HIGHEST LEVEL(OF)ADMINISTRATIVE GRIEVANCE REVIEW.IT HAS BEEN PRESENTED AT THE(THIRD-LEVEL-SACRAMENTO).

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

ALFRED PACE-V-15874,4-H-31-LOW
SAN QUENTIN STATE PRISON
SAN QUENTIN CALIFORNIA,94964.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

LUTAN=(OFFICIAL POSITION)=INVESTIGATIVE UNIT,SAN QUENTIN.
K.LUTRELL=(OFFICIAL POSITION)=LIEUTENANT,SAN QUENTIN.
D.FOSTON=(OFFICIAL POSITION)=CHEIF APPEALS,SACRAMENTO.
M.MARTELL=(OFFICIAL POSITION)=WARDEN,SAN QUENTIN.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The facts of this case is(property deprivation).Plaintiff was deprived of sentimental valued personal property by employee of"california department of corrections on"JULY !!,2011". On (JULY 11,2011)Plaintiff(J/WIN,C/D,FM/AM,CASETT PLAYER RADIO was confiscated by(CDC,SAN QUENTIN-INVESTIGATIVE UNIT).Even-though plaintiff showed all original(INVOICE PAPERWORK)officer LUTAN(OF)san quentin-INVESTIGATIVE UNIT)refuse to return the the radio(INWHICH)rightfully belong to plaintiff.The radio was not contraband.It was in perfect condition(AND)(WAS-NEVER,EVER-loaned to anyone).Plaintiff must restate the fact that each of the names mentioned above(ARE)members of(S/Q-CHAIN OF COMAND). They are (ALL)liable parties in this case.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I,Plaintiff request that the court award the full range of all remedies available to civil litigants."INJUNTIVE RELIEF"(AND) RECOMPENSATORY="MONETARY RELIEF"for damages(IN)official(aswell) Indivisual Capacity.

(DR.C DAVID M/D(AND)AUTHORITIVE(MEDICAL)TEAM(CDC-(SQ)PRISON:
TOTELL=(CHEIF MEDICAL OFFICER).
ROBERT KELSO=(MEDICAL RECEIVER).

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The fact of (THIS)case(IS THAT),plaintiff was diagnose back in December 14,2003 with a serious chronic medical condition(HCV) inwhich "medical staff phisicians(HERE)at san quentin prison (has)for more than(8)years refused(OR)denied plaintiff medical treatment.(HEPATITIS C VIRUS-(HVC)prolonged(AND)untreated(CAN) cause liver damage(AND)possibly liver failure.The stated names mentioned above IN(OFFICIAL CAPACITY)or the liable parties in the jurisdiction thereof to the"Deprivation/Deliberate Medical Indifference"to plaintiff"serious medical need"(ASWELL AS)to the rights,privileges,(AND)immunities secured by constitutional laws.At this point plaintiff restate the fact that(THIS)denial of(MEDICAL-TREATMENT)is an immediate threat,one that has caused plaintiff to be the victim of an unconstituional act.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I,plaintiff(REQUEST)that the court(PLEASE)take a serious look at the exceptional circumstances in this"long,delayed/overdue" case of constitutional violations(WHILE)considering the facts. The statute allows a court to ask a lawer to take(OR)represent such case.

In addition to(10,500,000,00).I Plaintiff respectfully ask the court to notice that these(TWO)claims raises(BOTH)state and federal laws(INWHICH)plaintiff at this point whishes to seek the fruitfullness(OF)INJUCTIVE RELIEF.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of June, 2013

Alfred Pace

(Plaintiff's signature)

**Name to seek:** alfred pace

Get Info Menu

| Case | Judge | Title | First | Middle | Last | Filed | NOS |
|---|---|---|---|---|---|---|---|
| 4:06-cv-05810-PJH | PJH | Pace v. Ayers | Alfred | | Pace | 9/21/2006 | 530 |

AlFred Pace
V-15874-4-H-31-Low
San Quentin State Prison
San Quentin California, 94964.

RECEIVED
JUN 07 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se