1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

ALFRED PACE,                                              No.  CV 13-02761 NJV

9

         Plaintiff,                                    **ORDER**

10

  v.

11

LUTAN ET AL,

12

         Defendant.
                                  /

13
14

GOOD CAUSE APPEARING THEREFOR,

15

     IT IS ORDERED that this case is reassigned to the **Honorable Jon S. Tigar** in the **San**

16

**Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17

bear the **initials JST** immediately after the case number. All hearing dates presently scheduled are

18

vacated and motions should be renoticed for hearing before the judge to whom the case has been

19

reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20

magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21

for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22

Civ. P. 72(b).

23
24

                             FOR THE EXECUTIVE COMMITTEE:

25
26

Dated:  June 26, 2013

27

rev 4-12

Richard W. Wieking
Clerk of Court

28

United States District Court
For the Northern District of California