UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PACE,<br>        Plaintiff,<br>    v.<br>LUTAN, et al.,<br>        Defendants. | Case No.  13-cv-02761-JST (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH FILING-FEE REQUIREMENTS; DIRECTIONS TO CLERK** |

On June 14, 2013, Plaintiff, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. On the same date, Plaintiff filed a completed application seeking leave to proceed in forma pauperis (IFP) indicating that he had no funds in his prisoner trust account to pay the $400.00 filing fee. Thereafter, by letter dated September 20, 2013, Plaintiff informed the court that he had been released from prison and is residing in Santa Rosa, California. Consequently, should Plaintiff be granted leave to proceed IFP based on the information provided in the prisoner's IFP application he submitted, the court will be unable to collect the funds from Plaintiff's prisoner trust account as required under 28 U.S.C. § 1915(b). Therefore, no later than fourteen days from the date of this Order, Plaintiff either shall (1) pay the $400.00 filing fee in this action, or (2) file a completed non-prisoner IFP application. If Plaintiff fails to comply with this Order, the case will be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

The Clerk of the Court shall provide Plaintiff with a non-prisoner IFP application.

**IT IS SO ORDERED.**

Dated: November 3, 2013

_____
JON S. TIGAR
United States District Judge